UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY MURPHY,

Plaintiff,

v.

HEIDI E. WASHINGTON, et al.,

Defendants.
_______________________________________/

Case No. 2:26-cv-10630

Honorable Susan K. DeClercq
United States District Judge

Honorable Patricia T. Morris
United States Magistrate Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 27) AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 21)**

On October 8, 2026, Magistrate Judge Patricia T. Morris issued a report, ECF No. 27, recommending that this Court deny Defendants' Motion for Summary Judgment, ECF No. 21, on the basis of exhaustion. Judge Morris informed the Parties of their rights to object to the report and recommendation within 14 days, ECF No. 27 at PageID.454–55, But the Parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding

is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 27, is **ADOPTED**.

Further, it is **ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 21, is **DENIED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 30, 2026